JACQUELINE M. JAMES, ESQ.

THE JAMES LAW FIRM
445 HAMILTON AVENUE
SUITE 1102
WHITE PLAINS, NY 10601

T: (914) 358 6423
F: (914) 358 6424
JJAMES@JACQUELINEJAMESLAW.COM
JACQUELINEJAMESLAW.COM

**MEMO ENDORSED**

The request is granted. Plaintiff's deadline to effectuate service is extended to October 6, 2026.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: August 10, 2026
New York, New York

August 7, 2026

The Honorable Edgardo Ramos
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

***Re: 1:25-cv-10624-ER; Plaintiff's Second Request for an Extension of Time Within Which to Effectuate Service on Defendant***

Dear Judge Ramos,

The James Law Firm, PLLC represents Plaintiff in the above captioned matter. This matter has been filed as a John Doe against the internet subscriber assigned the referenced IP address. Plaintiff respectfully requests an extension of the time within which to effectuate service on John Doe.

On December 22, 2025, Plaintiff filed the instant case against John Doe subscriber assigned IP address 173.68.60.25 claiming Defendant's direct infringement of Plaintiff's works through BitTorrent protocol.

On January 22, 2026, Plaintiff filed a Motion for Leave to Serve a Third-Party Subpoena Prior to a Rule 26(f) Conference ("Motion for Leave") in order to serve a third-party subpoena on Defendant's ISP.

On January 23, 2026, the Court granted Plaintiff leave to serve a third-party subpoena. Plaintiff served Defendant's ISP with a third-party subpoena on or about January 27, 2026, and in accordance with the time allowances provided to both the ISP and Defendant, expected to receive the ISP response on or about June 8, 2026.

Pursuant to Fed. R. Civ. P. Rule 4(m), Plaintiff was initially required to effect service on the Defendant no later than March 22, 2026. Because Plaintiff did not expect to receive the ISP response until June 8, 2026, on March 4, 2026, Plaintiff filed its First Motion for Extension of Time Within Which to Effectuate Service on John Doe Defendant ("First Motion for Extension").

On March 5, 2026, the Court granted Plaintiff's First Motion for Extension, extending the deadline to effect service to August 7, 2026.

Plaintiff received the ISP response on or about June 11, 2026 and conducted a further investigation to assist in determining whether the individual identified by the ISP is the appropriate defendant for this action prior to attempting to effectuate service of process. Based on its investigation and publicly available resources, Plaintiff identified the subscriber as the true infringer/defendant.

Plaintiff respectfully requests that the deadline to effect service be extended for an additional sixty (60) days, and thus the deadline to effect service be extended to October 6, 2026. This extension should allow Plaintiff time to proceed against the Defendant, file the Amended Complaint and place the summons and Amended Complaint with the process server to attempt to effect service of process on that individual.

For the foregoing reasons, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Amended Complaint on Defendant be extended to October 6, 2026.

Respectfully Submitted,

By: /s/*Jacqueline M. James*
Jacqueline M. James, Esq. (1845)
The James Law Firm, PLLC
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
T: 914-358-6423
F: 914-358-6424
jjames@jacquelinejameslaw.com