UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

Index Number: 1:25-cv-10624-ER

ATTORNEY(S) THE JAMES LAW FIRM PLLC
445 HAMILTON AVE. STE. 1102 WHITE PLAINS, NEW YORK 10601 | PH: (914) 358-6423

**STRIKE 3 HOLDINGS, LLC**

Plaintiff

vs

**JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 173.68.60.25**

Defendant

## AFFIRMATION OF SERVICE

**KYLE FRIEDLAND,** the undersigned, affirms and states that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **9/10/2026**, at **10:43 AM** at [redacted] Deponent served the within **Summons in a Civil Action (Unredacted), Summons in a Civil Action (Redacted), First Amended Complaint for Copyright Infringement (Unredacted) with Exhibit A to the First Amended Complaint, First Amended Complaint for Copyright Infringement (Redacted), First Amended Complaint for Copyright Infringement, Letter Motion for Leave for File AC Under Seal and Order Permitting Seal** . On: [redacted] therein named, ( hereinafter referred to as "subject").

By delivering a true copy of each to said subject **personally**; Deponent knew the person so served to be the person described in as said subject therein. A description of [redacted] is as follows:

[redacted]

I affirm this day September 10, 2026 , under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

KF

KYLE FRIEDLAND

Lic # 2122407-DCWP

JobID 2670243

**Client's File No.:** NYSD-2000-FOLY